**Electronically Filed
Supreme Court
SCWC-21-0000348
14-DEC-2021
08:55 AM
Dkt. 7 ODAC**

SCWC-21-0000348

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant/Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee/Appellee,

and

AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Respondent/Insurance Carrier-Appellee/Appellee,

and

JOHN MULLEN & COMPANY, INC.,
Respondent/Insurance Adjuster-Appellee/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-21-0000348; CASE NO. AB 2015-259(H)(S);
DCD NO. 1-87-00882)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner Dwight J. Vicente's application for writ of

certiorari, filed on November 24, 2021, is hereby rejected.

DATED:  Honolulu, Hawai'i, December 14, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

